PROB 12C
(7/93)

Report Date: February 4, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Rene Sanchez                Case Number: 2:06CR06010-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 3/9/2007

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 51 Months; TSR - 36          Type of Supervision: Supervised Release
                         Months

Asst. U.S. Attorney:     Gregory M. Shogren                    Date Supervision Commenced: 11/29/2010

Defense Attorney:        Ricardo Hernandez                     Date Supervision Expires: 11/28/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence**: Juan Sanchez is considered in violation of his period of supervised release by failing to report as directed for substance abuse evaluations on January 27 and February 3, 2011.

On January 3, 2011, the defendant was directed to report to First Step Community Counseling Center to sign up for as assessment. The defendant was directed to report on January 27, 2011. The defendant called First Step after missing the assessment and they rescheduled the assessment for February 3, 2011. The defendant reported to the probation office on February 1, 2011, and stated he was aware of the assessment time and day. Subsequently, the defendant failed to report for the assessment on February 3, 2011, and has not contacted First Step or the probation office about this matter.

2   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Juan Sanchez is considered in violation of his period of supervised release by failing to report for urinalysis testing on or prior to February 2, 2011.

On February 2, 2011, the defendant was scheduled for a random urinalysis test at First Step in Kennewick. The defendant failed to report as directed.

3   **Standard Condition # 7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence:** Juan Sanchez is considered in violation of his period of supervised release by using a controlled substance, methamphetamine on or prior to January 13 and 24, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/04/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/7/11
Date