PROB 12C
(7/93)

Report Date: April 8, 2011

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Rene Sanchez          Case Number: 2:06CR06010-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 3/9/2007

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 51 Months; TSR - 36      Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Gregory M. Shogren                Date Supervision Commenced: 11/12/2010

Defense Attorney:      Ricardo Hernandez                 Date Supervision Expires: 11/11/2013

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 2/4/2011.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Juan Sanchez is considered in violation of his period of supervised release by failing to report as directed for urinalysis testing on March 16 and April 16, 2011. He also tested positive for the presence of methamphetamine on March 14, 2011. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/08/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Sanchez, Juan Rene
April 8, 2011
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Other

_____
Signature of Judicial Officer

April 8, 2011
Date