PROB 12C
(7/93)

Report Date: April 8, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Rene Sanchez              Case Number: 2:06CR06010-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 3/9/2007

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 51 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | 11/12/2010 |
| Defense Attorney: | Ricardo Hernandez | Date Supervision Expires: | 11/11/2013 |

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 2/4/2011 and 4/8/2011.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Juan Rene Sanchez is considered in violation of his period of supervised release by committing the offenses of driving under the influence, hit and run unattended with property damage, and attempting to elude, on or prior to April 6, 2011.<br><br>According to an incident report provided by the Pasco Police Department, an officer attempted to stop the defendant after viewing what he thought might be a domestic issue in a vehicle. The defendant accelerated through the city limits at approximately 70 miles per hour. After a short chase the defendant left the vehicle in gear and jumped out. The vehicle continued to roll forward with a passenger inside. The vehicle rolled into a chain link fence causing damage to the fence and vehicle. Officers were able to apprehend the defendant after a foot pursuit. The defendant was taken to the Franklin County Jail and a BAC was conducted. Officers observed the defendant to be under the influence as he kept "nodding off" while in the BAC room, however, a zero reading alcohol level was noted.. Additional charges of driving with a suspended license in the first degree are being reviewed at this time. The defendant was booked into the Franklin County Jail under case number 11-12907. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/08/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

April 8, 2011
Date