PROB 12C
(7/93)

Report Date:  November 9, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Rene Sanchez          Case Number: 0980 2:06CR06010-EFS-1

Address of Offender: ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 9, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 51 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | September 24, 2015 |
| Defense Attorney: | Ricardo Hernandez | Date Supervision Expires: | June 23, 2017 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Juan Rene Sanchez is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation Office in person during the first week of November 2015.<br><br>Attempts by this officer to contact Mr. Sanchez by phone and in person have been unsuccessful. Mr. Sanchez called this officer and left voice mail messages on November 2, and 3, 2015, stating he has been working. These messages were received after 5 p.m. on the aforementioned dates. On November 5, 2015, this officer called Mr. Sanchez and left a message on his voice mail directing him to contact the undersigned before 5 p.m. Mr. Sanchez failed to contact this officer as directed. That same day, this officer attempted to contact Mr. Sanchez at his mother's residence. A male who identified himself as Mr. Sanchez's brother answered the door and related he believed the offender was residing with his girlfriend in Richland, Washington. |

Prob12C

**Re: Sanchez, Juan Rene**
**November 9, 2015**
**Page 2**

2       <u>**Standard Condition # 6**</u>: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

<u>**Supporting Evidence**</u>: Juan Sanchez is considered in violation of his conditions of supervised release by failing to notify his U.S. Probation Officer of a change of residence on or about November 5, 2015.

On October 30, 2015, this officer was notified by Mr. Sanchez's state probation officer that she received information Mr. Sanchez was residing at his mother's residence in Kennewick, Washington, and would occasionally stay at his girlfriend's residence in Richland, Washington.

An attempt to contact Mr. Sanchez at his mother's residence in Kennewick on November 5, 2015, revealed Mr. Sanchez was believed to be residing with his girlfriend in Richland, Washington.  On November 6, 2015, Mr. Sanchez's mother contacted this officer and reported the offender was not living with her at her listed residence.  She mentioned the offender was not allowed to stay with her and believed he was residing with his girlfriend in Richland.

3       <u>**Special Condition # 16**</u>: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Juan Sanchez is considered in violation of his conditions of supervised release by admitting to the use of marijuana and amphetamines on or about October 28, 2015.

On October 28, 2015, Mr. Sanchez reported to First Step Community Counseling Services and signed an admission form admitting to the use of the above- mentioned controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/9/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

**Prob12C**
**Re: Sanchez, Juan Rene**
**November 9, 2015**
**Page 3**

THE COURT ORDERS
[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer
November 10, 2015
_____
Date