PROB 12C
(6/16)

Report Date: July 12, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Rene Sanchez          Case Number: 0980 2:06CR06010-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 9, 2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence Date: July 27, 2011 | Prison 15 months; TSR - 21 months | |
| Revocation Sentence Date: December 18, 2015 | Prison 6 months; TSR - 13 months | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: May 25, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 23, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.

**Supporting Evidence**: Juan Sanchez is considered in violation of his conditions of supervised release by failing to report, in person, to the U.S. Probation Office on July 11, 2016.

Mr. Sanchez last reported to U.S. Probation on June 30, 2016. During this contact, the undersigned officer directed Mr. Sanchez to report, in person, to the U.S. Probation Office on July 11, 2016. Mr. Sanchez has failed to report as directed or contact the undersigned U.S. Probation Officer in any manner since June 30, 2016.

2    **Special Condition # 17**: Defendant shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. Defendant shall contribute to the cost of treatment according to defendant's ability. Defendant shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Juan Sanchez is considered in violation of his conditions of supervised release by failing to report for substance abuse treatment on July 11, 2016.

Mr. Sanchez underwent a substance abuse assessment on June 29, 2016, and was directed to attend intensive outpatient services at First Step Community Counseling Services. He began intensive outpatient services on July 7, 2016. On July 11, 2016, First Step contacted the undersigned officer to inform that Mr. Sanchez failed to attend his scheduled intensive outpatient class on this date.

3    **Special Condition # 18**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Juan Sanchez is considered in violation of his conditions of supervised release by admitting to using methamphetamine on June 28, 2016.

Mr. Sanchez reported to the U.S. Probation Office on June 30, 2016. He signed a drug use admission form admitting to the use of methamphetamine on June 28, 2016, and also admitted to using the substance a few times before that date as well, but did not remember the exact dates.

4    **Special Condition # 18**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Juan Sanchez is considered in violation of his conditions of supervised release by failing to attend random urinalysis testing at First Step Community Counseling Services on June 29, 2016, and July 7, 2016.

5    **Special Condition # 16**: Defendant shall cooperate with a mental health evaluation and follow any treatment recommendations as directed by the supervising probation officer. This may include taking prescribed medications. Defendant shall allow reciprocal release of information between the probation officer and treatment provider. Defendant shall contribute to the cost of the treatment according to defendant's ability, as determined by the supervising probation officer.

**Supporting Evidence**: Juan Sanchez is considered in violation of his conditions of supervised release by failing to obtain a mental health evaluation as directed.

On May 31, 2016, Mr. Sanchez was directed to obtain a mental health evaluation from Riverview Counseling and Consulting. The undersigned officer confirmed with Riverview Counseling and Consulting on July 12, 2016, that Mr. Sanchez has failed to set up an

Prob12C
**Re: Sanchez, Juan Rene**
**July 12, 2016**
**Page 3**

assessment. During contacts with Mr. Sanchez on June 20, 2016 and June 30, 2016, Mr. Sanchez was again directed to schedule a mental health assessment with Riverview Counseling and Consulting as he had failed to do so. When asked why he had not scheduled an assessment, Mr. Sanchez stated he did not believe he needed any sort of treatment. He also admitted to being lazy in regards to accomplishing any of his court-ordered conditions.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/12/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

July 12, 2016
Date