PROB 12C
(6/16)

Report Date: May 30, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2019

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Juan Rene Sanchez | Case Number: 0980 2:06CR06010-EFS-1 |
| Address of Offender: ███████████, Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: March 9, 2007 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: July 27, 2011 | Prison - 15 months; TSR - 21 months |
| Revocation Sentence: December 18, 2015 | Prison - 6 months; TSR - 13 months |
| Asst. U.S. Attorney: Ian Garriques | Date Supervision Commenced: May 25, 2016 |
| Defense Attorney: Jeffrey S. Dahlberg | Date Supervision Expires: June 23, 2017 |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/12/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Sanchez is considered to be in violation of his conditions of supervised release by pleading guilty to Unlawful Possession of a Firearm 2nd and Unlawful Possession of a Controlled Substance-Methamphetamine, on January 25, 2017, in Benton County Superior Court, case number 16-1-00739-6. |
| | Mr. Sanchez initially reported to the U.S. Probation Office on May 31, 2016. At this time, his conditions of supervised release were reviewed with him, and he signed his conditions acknowledging he understood them, to include Mandatory Condition number 2, as listed above. |

Prob12C
Re: Sanchez, Juan Rene
May 30, 2019
Page 2

Mr. Sanchez pled guilty in Benton County Superior Court case number 16-1-00739-6 on January 25, 2017, to unlawful possession of a firearm 2nd and unlawful possession of a controlled substance-methamphetamine. He was sentenced to 48 months confinement and 12 months community custody. He is currently serving his sentence at Airway Heights Corrections Center, with an anticipated release date of March 18, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/30/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

6/4/2019

Date